

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ULYSSES FLORES,<br><br>Defendant. | Case No. CR 15-436-RGK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On August 8, 2017, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this case. Carlos Iriarte from the Indigent Defense Panel was appointed to represent Defendant; Humberto Diaz from the Indigent Defense Panel was appointed to represent Defendant for the initial appearance.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, the allegations in the Violation Petition, and heard the arguments of counsel at the detention hearing.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

  ☒ unverified background information regarding potential viable sureties

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

  ☒  criminal history
  ☒  allegations in the violation petition which include numerous failures to abide by the conditions of supervised release and a positive test for cocaine use during a random drug test.

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: August 8, 2017

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE